UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Kyujae Cho, individually and on behalf of all others similarly situated,

                Plaintiff,

                v.

FBCS, Inc. and LVNV Funding, LLC,

                Defendant.

Case No: 1:20-cv-05308-WFK-RER

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: January 15, 2021

| | |
|---|---|
| **KAUFMAN DOLOWICH VOLUCK** | **BARSHAY SANDERS, PLLC** |
| By: __/s Richard J. Perr__ | By: __/s Craig B. Sanders__ |
| Richard J. Perr, Esq. | Craig B. Sanders |
| 1600 JFK Boulevard, Suite 1030 | 100 Garden City Plaza, Suite 500 |
| Philadelphia, PA 19103 | Garden City, New York 11530 |
| Tel: (215) 501-7002 | Tel. (516) 203-7600 |
| Email: rperr@kdvlaw.com | Email: *csanders@BarshaySanders.com* |
| *Attorneys for Defendant* | Our File No: 120827 |
| | *Attorneys for Plaintiff* |

                **SO ORDERED.**

                s/ WFK
                _____
                HON. JUDGE WILLIAM F. KUNTZ, II
                UNITED STATES DISTRICT JUDGE

Dated: January 19, 2021
        Brooklyn, New York